1411450

AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
NOV 09 2007
District of Rhode Island

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

DOLORES RODRIGUEZ LAFLAMME

**WARRANT FOR ARREST**

Case Number: 1:07-M-112M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DOLORES RODRIGUEZ LAFLAMME
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Knowingly produced identification documents affecting interstate commerce without lawful authority (18 U.S.C. Sec. 1028(a)(1)) and transferred identification documents affecting interstate commerce knowing that such documents were produced without lawful authority (18 U.S.C. Sec. 1028(a)(2))

in violation of Title 18 United States Code, Section(s) 1028(a)(1) & (a)(2)

DAVID L. MARTIN
Name of Issuing Officer

David L Martin
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

11-9-07 Providence, RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 11/09/07 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 11/14/07 | | |