United States District Court
District of Rhode Island

# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

I hereby certify and return that I did bring before the ... the within named defendant on the date and time ordered.

Deputy U.S. Marshal

***Case No. 1:07-M-112M***

***To: ICE***

YOU ARE HEREBY COMMANDED, to have the **body** of **Dolores Rodriguez Laflamme**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **14th** day of **November, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**Please have defendant at Courthouse for 9:00 A.M.**

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: November 9, 2007.

David A. DiMarzio, Clerk

Initial Appearance

***By*** ***Martha Saucier - Deputy Clerk***